# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF QUEENS    ) ss.:

I, Kenny Milord being duly sworn depose and say:

I am not a party to this action, am over 18 years of age and reside in Nassau, New York.

On April 27, 2011 I served the within **AFFIRMATION IN OPPOSITION TO DEBTORS NOTICE OF MOTION SEEKING AN ORDER TO AVOID THE JUDICIAL LIEN** by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:  GEORGE BASSIAS, ESQ.  
Attorney for Debtors  
21-83 Steinway Street  
Astoria, New York 11105  
(718) 721-4441

ALLAN L. GROPPER  
United States Bankruptcy Judge  
Alexander Hamilton Custom House  
One Bowling Green – Room 617  
New York, New York 10004

ROBERT L. GELTZER, ESQ  
Chapter 7 Trustee  
1556 Third Avenue, Suite 505  
New York, New York 10128  
(212) 410-0100

UNITED STATES TRUSTEE  
SOUTHERN DISTRICT OF NEW YORK  
One Bowling Green  
New York, New York 10004

_____  
Kenny Milord

Sworn to before me this
27 day of April 2011

_____
Notary Public

_____
Stamp/Seal

Loretta V. Guy
Notary Public, State of New York
No. 01GU6154942
Qualified in Queens County
Commision Expires Oct. 23, 20__14